UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LANDON WILEY THOMAS** : | |
| Petitioner : | CIVIL ACTION NO. 3:21-2159 |
| v. : | (JUDGE MANNION) |
| : | |
| **GEORGE LITTLE,** : | |
| Respondent | |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Thomas' unauthorized second or successive petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 is **DISMISSED** for lack of jurisdiction.

2. A certificate of appealability is **DENIED**.

3. The Clerk of Court is directed to **CLOSE THIS CASE**.

4. Petitioner's motion for default judgment (Doc. 9) is **DENIED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

DATE: September 29, 2022
21-2159-01-Order